INTERNET ARCHIVE
WayBackMachine

https://www.mirror.co.uk/news/us-news/former-seaworld-trainer-says-whales-26908739    Go

13 captures
8 May 2022 – 11 Oct 2022

APR  **MAY**  JUN
◄  **08**  ►
2021  **2022**  2023  ▼ About this capture

EXHIBIT A



ADVERTISEMENT



**John Hargrove left Seaworld 10 years ago to campaign for orca rights** (📷 Image: Melissa Hargrove/Peta)

**NEWS   POLITICS   FOOTBALL   CELEBS   TV   MONEY   TRAVEL**

# Former SeaWorld trainer says 'whales lead lives of desperation at orca prison'

**John Hargrove, who left SeaWorld 10 years ago, now fights for orcas in captivity to receive better care than the type witnessed at his former job - where he said "stressed" killer whales were kept in prison-like conditions**

By **Ryan Fahey**, News Reporter
22:36, 8 May 2022

    | 48 COMMENTS

Case 2:25-cv-00068-DAE    Document 138-1    Filed 01/10/25    Page 2 of 3    EXHIBIT A

A **whale** trainer who worked at **SeaWorld** has shared details about the disturbing sights he saw at the theme park where he says orcas were kept in "prison-like conditions".

John Hargrove, 49, who left **SeaWorld** a decade ago, now campaigns for captive killer whales to receive better care.

John has warned Brits against visiting the park, alleging that tourist money allows the "cruelty to continue".

He has also warned the penned-in lives of killer whales in captivity are the perfect conditions for triggering horrific attacks against humans - of the likes discussed in 2013 documentary Blackfish.

The whales are condemned to living out "lives of quiet desperation" which could spark "violent behaviour and deadly attacks", he said in a PETA report published last month.



**John is pictured with injuries sustained while training orcas**

Animal rights campaigners have demanded the highly intelligent sea mammals be released from SeaWorld.

In 2016, the amusement park said it would stop its captive orca breeding programme but

Case 2:25-cv-00770-AE Document 1-38-1 Filed 01/10/25 Page 3 of 3

EXHIBIT A

In 2016, the amusement park said it would stop its captive orca breeding programme but keep the whales it already had to provide paying guests "experiences that matter".

In the 2013 documentary Blackfish, John said: "Physical and psychological damage endured by human prisoners in solitary confinement is well documented.


John's colleague was killed by an orca called Tilikum at SeaWorld in 2010 ( Image: Melissa Hargrove)


John appeared on a documentary about the tragedy called Blackfish ( Image: Melissa Hargrove/Peta)

"Orcas at amusement parks such as SeaWorld suffer the same fate.

"I can tell you from my 14 years of experience that I personally witnessed the orcas - as well as other dolphins and marine animals - suffer the same physical and psychological trauma.

10 brilliant ideas from British firms - from luxury holidays to days at the races

ADVERTORIAL