Exhibit B

News ▶ World News ▶ SeaWorld

# US SeaWorld animals live in 'desperation that could lead to deadly attacks' - ex trainer

WARNING, CONTAINS GRAPHIC IMAGE: Killer whales kept in SeaWorld's enclosures suffer "extreme stress that leads to violent behaviour and deadly attacks", claims former park trainer John Hargrove

SHARE     |  COMMENTS

By **Lottie Tiplady-Bishop** & **Charles Wade-Palmer** Reporter
12:52, 4 APR 2022

**NEWS**



 **John Hargrove in his former life as a Seaworld orca trainer** (Image: Melissa Hargrove/Peta)

Privacy

Exhibit B



SHARE

COMMENTS





John continues to speak out against the treatment of whales at SeaWorld (Image: Melissa Hargrove/Peta)

RECOMMENDED



**Controversial singer filmed getting two more fans on stage to perform oral sex**

Privacy

Case 3:25-cv-00337-DAE Document 28-2 Filed 10/16/25 Page 3 of 6



# STAR

SHARE

 COMMENTS

 

**oral sex**



**2** Teacher had sex with two students and asked pupil, 15, for kiss as 'Christmas gift'

 

**3** 'We ate £56 pub meal before legging it – we don't deserve vile internet abuse'

 

**4** AI replacing psychics as 'fortune telling' droids put tarot readers out of work

 

**5** Drug smuggler who stuffed £30k worth of cocaine pills up her vagina is busted by X-ray



Privacy


   
He said: "He is not the villain in this story. He's also not the only orca at SeaWorld to kill a trainer.

"We had countless serious injuries and near fatalities during my career, caused by many different orcas.

"Confinement causes not only chronic health issues but also extreme stress that leads to violent behaviour and deadly attacks."



📷 John suffered his own injuries working at SeaWorld

 **READ MORE**

▸ 'Billionaire Row' estate agent says sanctions won't stop 'big beasts' spending millions

According to John, more than 40 orcas and 300 dolphins and whales have died at SeaWorld.

The ex-trainer said the causes range from pneumonia, infections, traumatic injuries, encephalitis, heart

**RECOMMENDED**


**Killer sharks heading closer to UK as world's sexiest scientist issues warning**


**Demolished Crooked House swarmed by forensics teams as blaze 'treated as arson'**


**Schoolgirl, 10, 'marries' boyfriend just days before dying as her last wish**


**Fat Brit blokes travel to 'hidden sex paradise' and paying women in bags of rice**

 LIVE TOP STORIES

TOP STORIES | SHOWBIZ | SPORT

Privacy


DAILY STAR

SHARE

 COMMENTS



prisoners in solitary confinement is well documented.

"Orcas at amusement parks such as SeaWorld suffer the same fate.

"I can tell you from my 14 years of experience that I personally witnessed the orcas - as well as other dolphins and marine animals - suffer the same physical and psychological trauma."

John added: "Imagine spending your entire life trapped in a small enclosure."



📷 **A trainer was once killed on the job** (Image: Melissa Hargrove/Peta)

 READ MORE


**Teacher slept with two students and asked pupil, 15, for 'Christmas gift' kiss**


**'We ate £56 pub meal before legging it – we don't deserve the internet hate'**


**AI replacing psychics as 'fortune telling' droids put tarot readers out of work**


**Drug smuggler who stuffed £30k of cocaine pills up her vagina is busted by scan**

Privacy


SHARE

 **COMMENTS**



**Click here to view more >**

 **Archaeologists fear 'volatile' emperor's tomb surrounded by stone soldiers**



📷 **SeaWorld wants to show off to visitors its care for the whales** (Image: Melissa Hargrove/Peta)

***For more shocking stories from the Daily Star, make sure you sign up to one of our newsletters [here](#)***

Tripadvisor, Virgin Holidays, and British Airways Holidays already ban promotion of parks that confine orcas.

On its website Seaworld says: "Now, SeaWorld invites you to connect in an inspiring new way with the ocean's most powerful predator.

"Discover the importance of play for orcas and dive deeper into their masterful hunting techniques. Learn about SeaWorld's commitment for the killer whales in our care."

⚙ Privacy