# Exhibit C





















The Case Law Firm PC Start Screenshot / Targeted Sponsored Ad Images





Case 5:25-cv-00064-DAE    Document 38-3    Filed 12/30/25    Page 14 of 28

























The CaseLawClient PC Start 3 Screenshort Targeted Sponsored Ads : Gras





