# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JOHN HARGROVE,** ) | |
| **PLAINTIFF,** ) | |
| ) | **Civil Action No.:  5:25-cv-00064-DAE (HJB)** |
| **v.** ) | |
| ) | |
| **REACH, PLC; MGN, LTD.** ) | |
| **D/B/A MIRROR GROUP** ) | |
| **NEWSPAPERS, LTD.; EXPRESS** ) | |
| **NEWSPAPERS; AND** ) | |
| **REACH US OP CO, LTD.** ) | |
| **DEFENDANTS.** ) | |

**<u>DECLARATION OF JOHN HARGROVE</u>**

I, John Hargrove declare as follows:

1.      My name is John Hargrove. I am over the age of eighteen (18) years, of sound mind, and competent to make this declaration.

2.      I reside in San Marcos, Texas and have been a resident of San Marcos, Texas during all relevant times related to the claims I am asserting in this lawsuit.

3.      I have personal knowledge of the facts stated in this declaration, and they are true and correct.

4.      I am a former Senior Killer Whale Trainer for SeaWorld. My fourteen-year career spanned both SeaWorld of California and SeaWorld of Texas, where I was promoted to the highest-ranking Senior Trainer. I have an international reputation, having been a supervisor of killer whale stadium with MarineLand in the south of France. I was one of the last small number of killer whale trainers in history to perform in the water with killer whales. The job I performed with the killer whales both in and out of the water, and as seen in the photographs made the basis of this lawsuit is no longer allowed anywhere in the world. This adds an immensely valuable historical context to each of my copyright protected photographs because they can never again be replicated or reproduced anywhere in the world. They are irreplaceable.

5.      I starred in the hit documentary *Blackfish* which premiered at the 2013 Sundance Film Festival. My memoir, *Beneath the Surface* was published by Macmillan in 2015 and became an award-winning New York Times bestseller. Penguin Random House secured my audiobook worldwide English rights, and my book has also been published in China and South Korea. I have been an invited guest speaker in Europe on panels that included members of the European Parliament, for many prominent companies such as Google, and at universities such as The Fashion Institute of Technology in NYC, and Georgetown University.

6.      Since November 2014, I have held the exclusive rights to the photographs made the basis of this lawsuit. These photos are depicted in the Exhibits A and B to my Complaint, First Amended Complaint, and Second Amended Complaint. I have reviewed them to confirm this.  With the assistance of my lawyer, I reviewed the screenshots in Exhibit C to this Second Amended Complaint and

7.      I am the lawful owner of U.S. Copyright Registration Number TX0008011406, registration date April 10, 2015. That copyright is for the book *Beneath the Surface: Killer Whales, SeaWorld, And the Truth Beyond Blackfish*.  *Beneath* contains images exclusively owned by me, including the photos made the basis of this lawsuit. A copy of the registration was attached as Exhibit A and the assignment of rights to some of those images was attached as Exhibit B to the Complaint, First Amended Complaint, and Second Amended Complaint I filed in this matter.

8.      I have full ownership and authority to use, duplicate and license the book and its contents, including the photographs. The photographs are valuable assets, and I have come to rely on this licensing of my intellectual property as a part of my livelihood.

9.      Just three weeks prior to the first unauthorized publication by *The Daily Star*, a journalist with *The Daily Mirror* reached out to me in Texas and asked my permission to use any photos of me performing with killer whales at SeaWorld during my career. I gave her permission to use just one

photograph, that I selected and provided with the proper photo credit in *The Daily Mirror*. This was done and I was happy with that usage. Two months after that, a different journalist with *The Daily Mirror*, Ryan Fahey, published another article relating to me containing multiple of my copyrighted images without my permission.

10.    The unauthorized images in this lawsuit appear in my book Beneath the Surface, which is registered under United States Copyright law. (Registration TX0008011406).

11.    I have held exclusive rights to the images published in the articles since 2014. Neither *The Daily Star* nor *The Daily Mirror* had any communication with me before the unlicensed use of my pictures in multiple publications in multiple years.

12.    I did not give *The Daily Mirror*, journalist Ryan Fahey, or any third-party purporting to act on their behalf permission to use the images and was not credited or compensated for their use. Nor did I approve any third-party to act on my behalf to give permission for any use of my images.

13.    Reach Defendants knowingly infringed upon my copyrights, including and without limitation, by actually copying in the publication of my images without proper licensing.

14.    Defendants' use of the infringing images is without my permission or authority and has caused damage to me both financially and emotionally. These photographs are deeply personal because of the deep trust and bond I developed over many years with each of the killer whales, and it represents a large and meaningful chapter of my life. I remain to this day the most experienced killer whale trainer in the world to come forward as a whistleblower against SeaWorld and the killer whale captivity industry. I weigh the licensing and use of my copyrighted images very seriously.  I made sure I legally protected my intellectual property to the fullest extent of the law to prevent precisely what Defendants are guilty of doing here:  taking my images and repeatedly using them for commercial gain and profit without my permission.

15.    Reach Defendants used the infringing images with actual and constructive notice of my registration under The Copyright Act. I know this because of the prior permission they sought to use the one image. Defendants are a huge publishing conglomerate and clearly knew that they needed my permission.

16.    Reach Defendants continued to use the infringing images and had both constructive and actual notice of my copyrights.

17.    I believe based on my research of the Defendants' websites and subscription options that Reach Defendants made and will make profits and gains based on the continued use of my images.

18.    I believe based on Defendants' prior conduct that they should be enjoined by this Court, or they will continue to cause irreparable injury and other damages to me, my business, my reputation, and my goodwill because I have no adequate remedy at law.

19.    By way of example *The Daily Mirror* on or about March 10, 2022, via a journalist named Nada Farhoud asked the PETA UK representative I knew for my contact information. I resided in Texas at the time. She asked if she could use my quotes in an Op-Ed that I had written for use in PETA UK to write as a straight news story and if I would give permission to use any of my photos. I responded to the PETA UK Representative to tell the journalist I would allow her to use my quotes and gave permission to use only one photo, which I would send, with the proper photo credit. On or about March 13, 2022, Nada Farhoud published the article titled, "Former SeaWorld orca trainer urges Brits 'stop visiting to save animals.'" The entire article was about me, using my quotes and publishing the only photo I gave approval to use with proper photo credit. Then five additional articles were published in 2022 containing my copyrighted images without my consent. I did not have any communication with any of the journalists and had no prior knowledge they were to be published or had been published until after the fact. This was done without my permission.

20.     One or about April 4, 2022, journalist Charles Wade-Palmer with *The Daily Star*, published an article titled, "US SeaWorld animals live in 'desperation that could lead to deadly attacks'-ex trainer". I discovered this while I was online in Texas on Defendant's website.

21.     I first learned of article after it was published later in April when a friend sent me the link.

22.     On May 8, 2022, journalist Ryan Fahey published an article titled in *The Daily Mirror*, "Former SeaWorld trainer says, 'whales lead lives of desperation at orca prison'." First learned of the article more than a year after it was published (July 2023) randomly coming across it online while I was in Texas. Any usage of the copyrighted works would be documented in, negotiated in, and compensated in Texas as this is my home and business location.

23.     On August 29, 2022, journalists Ryan Merrifield and Jordan Shepherd with *The Daily Record* published an article entitled, "SeaWorld trainer's blood curdling screams as she was dragged underwater by huge orcas". I also learned of this article while I was on the Defendant's website in Texas. I also learned that Defendants offer a subscription service. In exchange for money, a customer would be able to access various publications, articles, and other materials via Defendants' websites while in Texas.

24.     It was clear from my review of those websites (Reach PLC websites) that Defendants also marketed to their subscribers and earned revenue via third-party advertisements and links available via the websites. I believe the purpose for using my images over and over again in articles was to drive interested readers to the websites to earn revenue and gain new customers and subscribers for Defendants' online publications.  There are over a dozen Texas companies embedded via targeted sponsor advertisements on the *Daily Mirror* and *Daily Star* websites containing my copyrighted images.  These are evidenced in <u>Exhibit C</u> to the Second Amended Complaint, which I reviewed and downloaded with the assistance of my lawyer.

25.    The area of the country where I live, San Marcos, Texas, is particularly interested in the articles concerning killer whales because SeaWorld San Antonio is just a short distance away. It is a major local and tourist attraction, and the killer whales are front and center in its brand and image. This is important because unauthorized use of my copyrights in the Texas market is more harmful for me than in other markets.

26.    I just learned of the August 2022, *The Daily Record* article this month, August 2025, while trying to find other articles Reach PLC has published about me in their sister publications. This is clearly intentional, ongoing conduct by Defendants.

27.    For the entirety of my interactions with Defendants, I have resided in Texas. All permission given by me to any usage of my images—to Defendants or otherwise—has been negotiated in Texas.

I declare under penalty of perjury that the foregoing is true and correct. I also declare under the penalty of perjury that the electronic signature below was made and approved by me.

San Marcos, Hays County, Texas

December 29, 2025

*/s/John Hargrove*
John Hargrove, Plaintiff